FILED
2013 JAN -4  PM 3:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ANDREW ALFONSO PETRONE,<br>     aka "Redpen411,"<br>     aka "Pissinkids,"<br><br>            Defendant. | CR No. 12 **CR 13 00012**<br><br>**I N D I C T M E N T**<br><br>[18 U.S.C. §§ 2251(d), (e):<br>Advertising of Child<br>Pornography 18 U.S.C.<br>§§ 2252A(a)(2)(A), (b)(1):<br>Distribution of Child<br>Pornography; 18 U.S.C.<br>§§ 2252A(a)(5)(B), (b)(2):<br>Possession of Child<br>Pornography] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2251(d), (e)]

Beginning on or before January 25, 2011, and continuing until at least on or about June 9, 2011, in Los Angeles County, within the Central District of California, and elsewhere, defendant ANDREW ALFONSO PETRONE, also known as ("aka") "Redpen411," aka "Pissinkids" ("PETRONE"), knowingly made, printed, and published, and caused to be made, printed, and published, a notice and advertisement seeking and offering to

1  receive, exchange, buy, produce, display, distribute, and
2  reproduce, any visual depiction whose production involved the use
3  of a minor engaging in sexually explicit conduct, and which
4  visual depiction was of such conduct, knowing and having reason
5  to know that such notice and advertisement would be and was
6  transported using any means or facility of interstate and foreign
7  commerce, and in and affecting interstate and foreign commerce by
8  any means, including by computer.

## COUNT TWO

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about January 25, 2011, in Los Angeles County, within the Central District of California, and elsewhere, defendant ANDREW ALFONSO PETRONE, also known as ("aka") "Redpen411," aka "Pissinkids" ("PETRONE"), knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that, using any means or facility of interstate and foreign commerce, including the Internet, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The images of child pornography distributed by defendant PETRONE include at least one of the following:

1. d29777_4583_eutzr.jpg
2. -           ABC-00664.jpg
3. 16883929t.jpg

## COUNT THREE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about February 23, 2011, in Los Angeles County, within the Central District of California, and elsewhere, defendant ANDREW ALFONSO PETRONE, also known as ("aka") "Redpen411," aka "Pissinkids" ("PETRONE"), knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that, using any means or facility of interstate and foreign commerce, including the Internet, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The images of child pornography distributed by defendant PETRONE include at least one of the following:

1. /10 yo Freshly fucked.jpg
2. /10 yo Wearing a Red Dress, Being Raped By Her Dad!.jpg
3. /5yo + Bro + Man(45).jpg

## COUNT FOUR

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about June 9, 2011, in Los Angeles County, within the Central District of California, defendant ANDREW ALFONSO PETRONE, also known as ("aka") "Redpen411," aka "Pissinkids" ("PETRONE"), knowingly possessed a laptop computer, namely, an Acer Aspire One Netbook, Model A0751h, serial number LUS810B181922038152500, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and shipped and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

///
///
///
///
///

The images of child pornography possessed by defendant PETRONE include at least one of the following:

1. NameBoy 6yo Finger Ass #MOV000043.avi
2. Name! NEW ! (pthc) 2007 Jenny plays with dog.mpg
3. Name(Pt)'_' p101-f03-Cj - Gay Pthc Dad Pops His 8Yo Boys Butt Cherry -preteen pedo gay kiddy incest(1).avi

A TRUE BILL

/S/
Foreperson

ANDRÉ BIROTTE, JR.
United States Attorney

*[signature]*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

ELIZABETH R. YANG
Assistant United States Attorney
Chief, Violent & Organized Crime Section